## Re: Agreement

**From:** Alma Diaz <adiaz@phippsortiztalafuse.com>  Mon, Jun 26, 2023 at 2:45 PM CDT (GMT-05:00)
To: Daren Connel <daren@connelcapital.com>
Cc: Martin J. Phipps <mphipps@phippsortiztalafuse.com>

Daren,
See spreadsheet attached.
I added the missing expenses, corrected the actual Property Tax according to the Bexar County and corrected the NNN for Holy Spirits and POT according to the wording in the lease agreement.

Regards,

**Alma Diaz**
102 9th Street
San Antonio, TX 78215
Cell: (210) 303-7172
Main : (210) 340-9877
Fax : (210) 340-9899

**EXHIBIT A**

Please note our firm name has changed as have our emails. Please change your records to reflect this.
THIS EMAIL AND ANY FILES TRANSMITTED WITH IT ARE CONFIDENTIAL AND INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM THEY ARE ADDRESSED. THIS MESSAGE CONTAINS CONFIDENTIAL INFORMATION AND IS INTENDED ONLY FOR THE INDIVIDUAL NAMED. IF YOU ARE NOT THE NAMED ADDRESSEE YOU SHOULD NOT DISSEMINATE, DISTRIBUTE OR COPY THIS E-MAIL. PLEASE NOTIFY THE SENDER IMMEDIATELY BY E-MAIL OR BY PHONE IF YOU HAVE RECEIVED THIS E-MAIL BY MISTAKE AND DELETE THIS E-MAIL FROM YOUR SYSTEM. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE NOTIFIED THAT DISCLOSING, COPYING, DISTRIBUTING OR TAKING ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED. YOUR COOPERATION AND ASSISTANCE IS APPRECIATED.

---

**From:** Daren Connel <daren@connelcapital.com>
**Date:** Friday, June 2, 2023 at 3:57 PM
**To:** "Martin J. Phipps" <mphipps@phippsortiztalafuse.com>, Alma Diaz <adiaz@phippsortiztalafuse.com>
**Subject:** Agreement

Martin and Alma,

I'm glad we were all able to come to a simple agreement.

Here is my understanding of what we agreed to today:

1) All rent (including NNN) will be paid by all tenants including POT and Holy Spirits

2) Integer will submit an invoice to CDC for Property Management in the amount of:

　Total Rent Payments
Less - Note Payment ($96,233.61)
Less - Property Tax Estimate (15,500) We can true this up annually when we get the Tax Statement each year
Less - Insurance

If you guys take over the insurance, then that last item would go away of course.

(See attached spreadsheet)

3)  Since the Prepaid Rent was confusing in the Addendum, we have agreed that EMET will assign those prepayments to Phipps Ortiz Talafuse and Holy Spirits (I have assigned them based on the ratio of each rent.)  If you guys want to assign them out differently, that is fine with me.

Let me know if we are all on the same page,

Daren

## Attachments

- 102 9th St-Calc Rent v. Mortgage.xlsx

Worksheet: Sheet1

| | | DAREN'S CALCS | | | | ALMA'S CALCS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Rent | NNN | Total | | SF | Estimated NNN | Expense Stop | Excess | Rent | NNN | Total | Delta |
| A360 | 16,641.63 | 6,131.12 | 22,772.75 | | 7,007 | | | | 16,641.63 | 6,131.12 | 22,772.75 | - |
| Carbonfree | 17,500.00 | 6,250.00 | 23,750.00 | | 7,000 | | | | 17,500.00 | 6,125.00 | 23,625.00 | (125) |
| Phipps Ortiz Talafuse PLLC | 15,070.00 | 3,349.50 | 18,419.50 | *Former POT Lease + Former Carbonfree Lease - Current Carbonfree Lease | 3,828 | $ 21.63 | $ 12.50 | $ 9.13 | 15,070.00 | 2,912.47 | 17,982.47 | (437) |
| Holy Spirits, LLC | 46,000.00 | 15,706.25 | 61,706.25 | | 10,768 | $ 21.63 | $ 17.50 | $ 4.13 | 46,000.00 | 3,705.99 | 49,705.99 | (12,000) |
| | | | | | | | | | 95,211.63 | 18,874.58 | 114,086.21 | |
| Total Rents Collected | | | 126,648.50 | | | | | | | | 114,086.21 | (12,562) |
| Late Payment | | | 96,233.61 | | | | | | | | 96,233.61 | - |
| Property Tax | | | 15,500.00 | | | | | | | | 17,631.93 | 2,132 |
| Insurance | | | 2,900.17 | | | | | | | | 2,900.17 | - |
| Expenses paid by Integer | | | | | | | | | | | 32,000.00 | 32,000 |
| | | | | | | | | | | | 148,765.71 | 148,766 |
| "Property Management Fee" | | | 12,014.72 | | | | | | | | (34,679.50) | (46,694) |

Total Rent/sf
- 39.00
- 40.50
- 56.37
- 55.39 Average

$ 22,235.92  6 months (Jan-Jun 2023) of NNN paid to CDC on 06/23/24